IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,   )<br>                              )<br>vs.                           )<br>                              )<br>TABETHA MORRIS,               )<br>                              )<br>            Defendant.   ) | Case No. 8:07CR408<br><br><br>ORDER |

This matter is before the court on the defendant's Motion to Review Pretrial Detention (#48). The motion is denied. The defendant's proposed plan of release does not overcome the rebuttal presumption of detention in 18 U.S.C. § 3142(e). Additionally, the defendant's motion contains no additional evidence or information that would cause the court to reconsider its previous ruling. This is particularly true given the defendant's conduct while on prior release, which included the November 28, 2007 citation for shoplifting as well as the defendant's failure to immediately report her contact with the police and the shoplifting citation to Pretrial Services.

**IT IS ORDERED:**

Defendant's Motion to Review Pretrial Detention (#48) is denied without hearing.

Dated this 12th day of March 2008.

                              BY THE COURT:


                              s/ F. A. Gossett
                              United States Magistrate Judge